IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :     CRIMINAL ACTION
        v.                     :     NO. 21-216
                               :
                               :
WARREN MCALILEY                :

## ORDER

**AND NOW**, this day **14th** day of **March, 2022**, upon

consideration of Defendant's Motion to Suppress (ECF No. 27),

the Government's Response thereto, the parties' proposed

findings of fact and conclusions of law, and after a suppression

hearing held on October 28, 2021, it is hereby **ORDERED**, for the

reasons set forth in the accompanying memorandum, that

Defendant's motion is **DENIED**.


    **AND IT IS SO ORDERED.**



                    */s/ Eduardo C. Robreno*
                    **EDUARDO C. ROBRENO, J.**