# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 21-cr-0216-JMY |
| vs. | : | |
| | : | |
| WARREN McALILEY | : | |

## ORDER

**AND NOW**, this 8th day of January 2026, upon consideration of the (*pro se*) Motion to Vacate, Set Aside and/or Correct Sentence file by Petitioner under 28 U.S.C. § 2255 (ECF No. 97), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order, it is hereby **ORDERED** that Petitioner's Motion to Vacate is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge